Robert E. Hauberg, U. S. Atty., E. Donald Strange, Asst. U. S. Atty., Jackson, Miss., for plaintiff-appellee.

Before BELL, AINSWORTH and GODBOLD, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

Washington, D. C., Peek, Whaley & Haldi, Atlanta, Ga., of counsel.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

**Thomas B. MONROE, Jr., Plaintiff-Appellant,**

v.

**PENN–DIXIE CEMENT CORPORA-TION, Defendant-Appellee.**

No. 71–2355
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Oct. 26, 1971.

Rehearing Denied Nov. 15, 1971.

**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Edwin Harold SCHOORE, Defendant-Appellant.**

No. 71–1117.

United States Court of Appeals,
Ninth Circuit.

Aug. 31, 1971.

Rehearing Denied Nov. 26, 1971.

Edgar A. Neely, Jr., Neely, Freeman & Hawkins, Atlanta, Ga., for plaintiff-appellant.

J. Corbett Peek, Jr., Atlanta, Ga., J. Wallace Adair, John S. Kingdon, Washington, D. C., for defendant-appellee; Howrey, Simon, Baker & Murchison,

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

* Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of N. Y. et al., 431 F.2d 409, Part I (5th Cir. 1970).

1. See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970).